IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OWEN HARTY                          :
                                    :           CIVIL ACTION
        v.                          :
                                    :           NO. 14-6566
AZAD HOLDINGS LLC                   :

**O R D E R**

**AND NOW**, this  27th  day of   July  , 2016, upon consideration of Plaintiff's Motion for Judgment After Default (ECF No. 4), and after damages hearings held on May 24, 2016, and June 27, 2016, it is **ORDERED** as follows:

1.    Plaintiff's Motion is **GRANTED**.  Judgment is entered in favor of Plaintiff Owen Harty, and against Defendant Azad Holdings, LLC.

2.    Defendant Azad Holdings, LLC, shall comply with all sections of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq*. ("ADA"), including all regulations promulgated for implementation of the ADA, as specifically set forth in Plaintiff's Complaint.  Defendant must file a Notice of Compliance with the Court within ninety (90) days of the date of this Order.  The Notice of Compliance must specifically set forth the efforts taken by Defendant to regain compliance with the ADA.  Failure to file the Notice of Compliance will result in contempt proceedings.

3.      Plaintiff must serve this Order upon (1) Defendant Azad Holdings, LLC; and

(2) Burger King, 2728 S. Front St., Philadelphia, Pennsylvania 19148-4808,

within five (5) days of the date of this Order, and file a certificate of service on

the docket.


**IT IS SO ORDERED.**


                                        **BY THE COURT:**


                                        _____

                                        **R. BARCLAY SURRICK,   J.**